UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
KENNETH A. ELAN, individually on behalf of  :  Civil Action No. 08 Civ. 01036 (SAS)
himself and all others similarly situated,
                                            :
            Plaintiff,
                                            :
    vs.
                                            :
CITIBANK, N.A.,
                                            :
            Defendant.
                                            :
                                            :
---------------------------------- x

**[PROPOSED] ORDER GRANTING EXTENSTION OF TIME FOR DEFENDANT
CITIBANK, N.A. TO RESPOND TO COMPLAINT**

Based on the request of defendant Citibank, N.A. ("Citibank"), the time for Citibank to respond to the Amended Class Action Complaint is hereby extended from June 16, 2008 to and including June 30, 2008.

IT IS SO ORDERED.

Dated: June 12, 2008

_____
The Honorable Shira A. Scheindlin
United States District Judge