

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
KENNETH A. ELAN, individually on behalf of : Civil Action No. 08 Civ. 01036 (SAS)
himself and all others similarly situated,
:
　　　　　　Plaintiff,
:
vs.
:
CITIBANK, N.A.,
:
　　　　　　Defendant.
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08

**[PROPOSED] ORDER GRANTING ADMISSION TO APPEAR PRO HAC VICE**

Upon the Request of defendant Citibank, N.A. ("Citibank") it is hereby:

ORDERED that Lisa M. Simonetti and Keith A. Custis are granted leave to appear <u>pro hac vice</u> in the above action as counsel for Citibank.

Dated: June 16, 2008

_____
The Honorable Shira A. Scheindlin
United States District Judge

Lisa M. Simonetti, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
(310)-556-5819

Keith A. Custis, Esq.
Stroock & Stroock & Lavan LLP
2029 Century Park East
Los Angeles, CA 90067
(310)-556-5922