## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KENNETH A. ELAN, individually on behalf of    :    **Civil Action No. 08 Civ. 01036 (SAS)**
himself and all others similarly situated,

.

Plaintiff,

.

vs.

:

CITIBANK, N A.,

:

Defendant.                                     .    

:    DATE FILED: 6/26/08

- - - - - - - - - - ( - ) - - - - - - - - - - - - - - - - - - x

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT
## CITIBANK, N.A. TO RESPOND TO COMPLAINT

Based on the request of defendant Citibank, N.A. ("Citibank"), the time for Citibank to

respond to the Amended Class Action Complaint is hereby extended from June 30, 2008 to and

including July 14, 2008.

IT IS SO ORDERED.

Dated: 6/26/08

_____

The Honorable Shira A. Scheindlin
United States District Judge