UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KENNETH A. ELAN, individually on behalf of himself and all others similarly situated,

        Plaintiff,

vs.

CITIBANK, N.A.,

        Defendant.

------------------------------------- x

Civil Action No. 08 Civ. 01036 (SAS)



[PROPOSED] ORDER GRANTING EXTENSTION OF TIME FOR DEFENDANT CITIBANK, N.A. TO RESPOND TO COMPLAINT

Based on the request of defendant Citibank, N.A. ("Citibank"), the time for Citibank to respond to the Amended Class Action Complaint is hereby extended from July 14, 2008 to and including August 4, 2008. *No further extensions. Three is the limit.* IT IS SO ORDERED. *Do not write or call to request any further adjournment.*

Dated: July 10, 2008

_____
The Honorable Shira A. Scheindlin
United States District Judge