UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KENNETH A. ELAN, individually and on     :    08-CV-1036 (SAS)
    behalf of all others similarly situated,     :
                                :
             Plaintiff,            :
                                :                **NOTICE OF**
      - against -                 :     **VOLUNTARY DISMISSAL**
                                :
CITIBANK, N.A.,                :
                                :
             Defendant,         :

------------------------------------------------------------X

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kenneth A. Elan hereby dismisses all claims asserted individually in this action with prejudice and dismisses all remaining claims without prejudice.

Dated:  August 15, 2008

RABIN & PECKEL LLP


By: _____/s/_____
     Joseph V. McBride (JM-3550)
I. Stephen Rabin (IR-5058)
275 Madison Avenue, Suite 420
New York, NY 10016
Telephone:  (212) 880-3722
Facsimile:  (212) 880-3716

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, JOSEPH V. MCBRIDE, do hereby certify, under penalty of perjury, that:

On August 15, 2008, I caused a true and correct copy of the foregoing NOTICE OF

VOLUNTARY DISMISSAL, to be served by priority mail, postage prepaid, on the following:

Lisa M. Simonetti, Esq.
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 2029
Los Angeles, CA 90067

*Attorneys for Defendant Citibank, N.A.*

/s/
Joseph V. McBride