*Sullivan Dxin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

KENNETH A. ELAN, individually and on        :    08-CV-1036 (SAS)
  behalf of all others similarly situated,        :

           Plaintiff,        :

    - against -        :    **NOTICE OF**
                                           **VOLUNTARY DISMISSAL**

CITIBANK, N.A.,        :

           Defendant,        :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

        PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, Plaintiff Kenneth A. Elan hereby dismisses all claims asserted

individually in this action with prejudice and dismisses all remaining claims without prejudice.

Dated:  August 15, 2008

                      RABIN & PECKEL LLP


                      By: _____/s/_____
                          Joseph V. McBride (JM-3550)
                    I. Stephen Rabin (IR-5058)
                    275 Madison Avenue, Suite 420
                    New York, NY 10016
                    Telephone:  (212) 880-3722
                    Facsimile:  (212) 880-3716

                    *Attorneys for Plaintiff*

8/18/08

## CERTIFICATE OF SERVICE

I, JOSEPH V. MCBRIDE, do hereby certify, under penalty of perjury, that:

On August 15, 2008, I caused a true and correct copy of the foregoing NOTICE OF

VOLUNTARY DISMISSAL, to be served by priority mail, postage prepaid, on the following:

> Lisa M. Simonetti, Esq.
> STROOCK & STROOCK & LAVAN LLP
> 2029 Century Park East, Suite 2029
> Los Angeles, CA 90067
>
> *Attorneys for Defendant Citibank, N.A.*

                                   /s/
                              Joseph V. McBride